COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-195-CV

FIFTYFABGIFTS.COM, L.L.C. APPELLANT

V.

MARK HULME AND MAGNOLIA APPELLEE

MEDIA GROUP

------------

FROM THE 17
TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Notice Of Non-Suit.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: May 20, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.